

1345 AVENUE OF THE AMERICAS – 11TH FLOOR
NEW YORK, NEW YORK 10105
TELEPHONE: (212) 370-1300
FACSIMILE:   (212) 370-7889
www.egsllp.com

January 27, 2021

**VIA ECF**
Hon. Paul Oetken, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2101
New York, New York 10007

    Re:    *Chase v. Reed Smith LLP et al*
              **Case No. 20-CV-06121 (JPO)**
              **Joint Request to 'So Order' Stipulation of Confidentiality**

Dear Judge Oetken,

    We represent the Defendants in the above-referenced case and submit this letter with the consent of Plaintiff's counsel. The parties previously entered into the attached Stipulation of Confidentiality and respectfully request that Your Honor 'So Order' the Stipulation of Confidentiality.

                            Respectfully yours,

                            ELLENOFF GROSSMAN & SCHOLE LLP

                            Mitchell F. Borger

cc:    All counsel via ECF

{00897793.DOCX.1}